AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| STACY J. MILLER, individually and as general partner in a certain general partnership with Chadwick W. Folger, and SURE COAT SOLUTIONS, LLC<br>*Plaintiff(s)*<br>v.<br>CHADWICK W. FOLGER, individually and as general partner in a certain general partnership with Stacy J. Miller, KELLIE A. FOLGER, and SHOWCOAT SOLUTIONS, LLC<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   1:16-CV-47 (LJA) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kellie A. Folger
102 Ashwood Drive
Dothan, Houston County, Alabama 36303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Moore, Clarke, DuVall & Rodgers, P.C.
M. Drew DeMott
Stephan A. Ray
2829 Old Dawson Road
Albany, Georgia 31707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   03/15/2016

s/ M. Danielle Morrow
*Signature of Clerk or Deputy Clerk*